Pamela J. Yates (SBN 137440)
E-mail: pyates@kayescholer.com
Wendy S. Dowse (SBN 261224)
E-mail: wdowse@kayescholer.com
Julie Belezzuoli (SBN 267302)
E-mail: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067-6048
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (FRESNO)

| LUCILLE MACIAS, | ) | Case No.: 1:10-cv-00282-JRG-DLB |
|---|---|---|
| Plaintiff, | ) ) ) ) | **ORDER GRANTING PARTIES JOINT STIPULATION REGARDING TRIAL ORDER FOR REMAND GROUP 1** |
| vs. | ) | |
| PFIZER INC., et al | ) ) | |
| Defendants. | ) ) ) ) | |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the remand group 1 cases will be tried in the following order:

---

ORD - grant stip re trial order.DOCX**ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 1**

| | |
|---|---|
| **Zanyk v. Pfizer Inc., et al** | **Case No. 1:10-cv-00287-JRG-DLB** |
| **West v. Pfizer Inc. et al** | **Case No. 1:10-cv-00289-JRG-DLB** |
| **Turner v. Pfizer, Inc. et al** | **Case No. 1:10-cv-00288-JRG-DLB** |
| **Bauman, et al., v. Wyeth Inc., et al.** | **Case No. 1:04-cv-06347-JRG-DLB** |
| **Macias v. Pfizer, Inc., et al** | **Case No. 1:10-cv-000282-JRG-DLB** |

IT IS SO ORDERED.

Dated: December 19, 2011

_____
Joseph R. Goodwin, Chief Judge