**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LUCILLE MACIAS,  ) | Case No. 1:10-cv-00282-JRG-DLB |
|     Plaintiff,  ) | |
|                 ) | **ORDER GRANTING PARTIES' STIPULATION RE: TRIAL & PRE-TRIAL DEADLINES** |
| v.  ) | |
| PFIZER INC, et al.,  ) | |
|     Defendants.  ) | |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT this case shall proceed as follows:

| | |
|---|---|
| 1/16/2012 | Amendment of Pleadings and Joinder of Parties |
| 1/23/2012 | Deadline for Written Discovery Requests |
| 2/1/2012 | Expert Disclosure by Party with Burden of Proof |
| 3/1/2012 | Expert Disclosure by Opposing Party |
| 3/9/2012 | Expert Disclosure for Rebuttal Purposes |
| 3/16/2012 | Deposition Deadline and Close of Discovery |
| 3/28/2012 | Filing of Dispositive & *Daubert* Motions |
| 4/11/2012 | Response to Dispositive Motions |
| 4/18/2012 | Reply to Response to Dispositive Motions |
| 5/18/2012 | Hearing on Motions for Summary Judgment 11:00 AM |
| 5/29/2012 | Settlement Meeting and Mediation Deadline |
| 6/4/2012 | Plaintiff Draft Pre-Trial Order to Defendant |

2

KAYE SCHOLER LLP

| | |
|---|---|
| 6/05/2012 | Filing of Motions in Limine |
| 6/11/2012 | Integrated Pre-Trial Order filed by Defendant |
| 6/12/2012 | Responses to Motions in Limine |
| 6/19/2012 | Pre-Trial Conference  11:00 AM |
| 7/16/2012 | Proposed Jury Instructions Filed |
| 7/23/2012 | Final Settlement Conference  9:30 AM |
| 9/24/2012 | Trial  8:30 AM (Tentative) |

IT IS SO ORDERED.
Dated: _27 Dec 2011_

HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATES DISTRICT COURT JUDGE

KAYE SCHOLER LLP

3