Pamela J. Yates (SBN 137440)
E-mail: pyates@kayescholer.com
Wendy S. Dowse (SBN 261224)
E-mail: wdowse@kayescholer.com
Julie Belezzuoli (SBN 267302)
E-mail: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067-6048
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (FRESNO)

| | |
|---|---|
| LUCILLE MACIAS,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER INC, et al.,<br><br>    Defendants. | Case No. 1:10-cv-0282-JRG-DLB<br><br>**ORDER GRANTING PARTIES STIPULATION TO DISMISS PFIZER INC** |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT

1. Pfizer Inc ("Pfizer") is dismissed from this action with prejudice.

2. Plaintiff may move to amend her complaint to add Pharmacia & Upjohn Company LLC ("Upjohn") as a defendant.  Pfizer and Wyeth LLC will not object to Plaintiff's motion to the extent it seeks to add Upjohn as a defendant.

3. During the trial of this action, the parties shall not refer to Pfizer.

4. Pfizer guarantees payment of any final judgment that may be rendered against Upjohn in this matter, and consents to the jurisdiction of this Court for the purpose of enforcing any such judgment.

5. This stipulation shall not be admissible in evidence, except in an action to enforce its terms.

IT IS SO ORDERED.

Dated: December 28, 2011

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge