Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
Email address: wdowse@kayescholer.com
Julie Belezzuoli (State Bar No. 267302)
Email address: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CARLEEN WEST,<br><br>       Plaintiff,<br><br>   v.<br><br>PFIZER INC., et al.<br><br>       Defendants. | Case No. 1:10-cv-00289-JRG - DLB<br><br>**ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES** |
| LOIS FERN ZANYK,<br><br>       Plaintiff,<br><br>   v.<br><br>PFIZER INC., et al.<br><br>       Defendants. | Case No. 1:10-cv-00287-JRG-DLB |
| LUCILLE MACIAS,<br><br>       Plaintiff,<br><br>   v.<br><br>PFIZER INC., et al.<br><br>       Defendants. | Case No. 1:10-cv -00282-JRG-DLB |

| | |
|---|---|
| PAMELA TURNER,<br><br>   Plaintiff,<br><br> v.<br><br>PFIZER INC., et al.<br><br>   Defendants. | Case No. 1:10-cv-00288-JRG-DLB |
| CAROL HILL, et al<br><br>   Plaintiff,<br><br> v.<br><br>WYETH LLC, et al.<br><br>   Defendants. | Case No. 1:10-cv-02394-JRG-DLB |
| DONNA HAMES, et al<br><br>   Plaintiff,<br><br> v.<br><br>WYETH LLC, et al.<br><br>   Defendants. | Case No. 1:10-cv-02392-JRG-DLB |
| DOROTHY SETSER, et al<br><br>   Plaintiff,<br><br> v.<br><br>WYETH LLC<br><br>   Defendants. | Case No. 1:10-cv-02405-JRG-DLB |

| | |
|---|---|
| KAY UHALT, et al<br><br>  Plaintiff,<br><br>  v.<br><br>WYETH LLC, et al<br><br>  Defendants. | Case No. 1:10-cv-02404-JRG-DLB |
| NANCY WADDELL, et al<br><br>  Plaintiff,<br><br>  v.<br><br>WYETH INC, et al<br><br>  Defendants. | Case No. 1:04-cv-06343-JRG-DLB |
| BETTY CRAVEN<br><br>  Plaintiff,<br><br>  v.<br><br>WYETH LLC, et al<br><br>  Defendants. | Case No. 1:10-cv-02382-JRG-DLB |
| MARIANNE PHILLIPS, et al<br><br>  Plaintiff,<br><br>  v.<br><br>WYETH LLC, et al<br><br>  Defendants. | Case No. 1:10-cv-02395-JRG-DLB |

| | |
|---|---|
| GLORIETTE MCPHERSON<br><br>    Plaintiff,<br><br>  v.<br><br>WYETH LLC, et al<br><br>    Defendants. | Case No. 1:10-cv-02384-JRG-DLB |
| VICTORIA POOLE, et al<br><br>    Plaintiff,<br><br>  v.<br><br>WYETH LLC, et al<br><br>    Defendants. | Case No. 1:10-cv-02397-JRG-DLB |
| SHIRLEY BOWLES, et al<br><br>    Plaintiff,<br><br>  v.<br><br>WYETH INC, et al<br><br>    Defendants. | Case No. 1:04-cv-06346-JRG-DLB |

**IT IS HEREBY ORDERED that**:

1. All trial and pre-trial deadlines in the above actions are vacated;

2. The Parties shall file a joint status report within 60 days informing the Court as to the status of the resolution of these cases, or in the alternative file a joint motion to dismiss within 60 days.

DATED:  April  24, 2012

_____
Joseph R. Goodwin, Chief Judge