Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
Email address: wdowse@kayescholer.com
Julie Belezzuoli (State Bar No. 267302)
Email address: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

CARLEEN WEST,

Plaintiff,

v.

PFIZER INC., et al.

Defendants.

Case No. 1:10-cv-00289-JRG - DLB

**ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES**

---

LOIS FERN ZANYK,

Plaintiff,

v.

PFIZER INC., et al.

Defendants.

Case No. 1:10-cv-00287-JRG-DLB

---

LUCILLE MACIAS,

Plaintiff,

v.

PFIZER INC., et al.

Defendants.

Case No. 1:10-cv -00282-JRG-DLB

PAMELA TURNER,

Plaintiff,

v.

PFIZER INC., et al.

Defendants.

Case No. 1:10-cv-00288-JRG-DLB

---

CAROL HILL, et al

Plaintiff,

v.

WYETH LLC, et al.

Defendants.

Case No. 1:10 -cv-02394-JRG-DLB

---

DONNA HAMES, et al

Plaintiff,

v.

WYETH LLC, et al.

Defendants.

Case No. 1:10-cv-02392-JRG-DLB

---

DOROTHY SETSER, et al

Plaintiff,

v.

WYETH LLC

Defendants.

Case No. 1:10-cv-02405-JRG-DLB

Case No. 1:10-cv-02404-JRG-DLB

KAY UHALT, et al

Plaintiff,

v.

WYETH LLC, et al

Defendants.

---

Case No. 1:04-cv-06343-JRG-DLB

NANCY WADDELL, et al

Plaintiff,

v.

WYETH INC, et al

Defendants.

---

Case No. 1:10-cv-02382-JRG-DLB

BETTY CRAVEN

Plaintiff,

v.

WYETH LLC, et al

Defendants.

---

Case No. 1:10-cv-02395-JRG-DLB

MARIANNE PHILLIPS, et al

Plaintiff,

v.

WYETH LLC, et al

Defendants.

GLORIETTE MCPHERSON
Plaintiff,
v.
WYETH LLC, et al
Defendants.

Case No. 1:10-cv-02384-JRG-DLB

---

VICTORIA POOLE, et al
Plaintiff,
v.
WYETH LLC, et al
Defendants.

Case No. 1:10-cv-02397-JRG-DLB

---

SHIRLEY BOWLES, et al
Plaintiff,
v.
WYETH INC, et al
Defendants.

Case No. 1:04-cv-06346-JRG-DLB

**IT IS HEREBY ORDERED that**:

1. All trial and pre-trial deadlines in the above actions are vacated;

2. The Parties shall file a joint status report within 60 days informing the Court as to the status of the resolution of these cases, or in the alternative file a joint motion to dismiss within 60 days.

DATED: April 24, 2012

Joseph R. Goodwin, Chief Judge