UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

NANCY WADDELL,

        Plaintiff,

vs.

WYETH LLC, et al.
        Defendants.

Case No.: 1:04-cv-06343-JRG-DLB

ORDER SETTING TRIAL DATE

KAY UHALT and STEPHEN UHALT,

        Plaintiffs,

vs.

WYETH LLC, et al.

        Defendants.

Case No.: 1:10-cv-02404-JRG-DLB

DOROTHY SETSER and HOWARD SETSER,

        Plaintiffs,

vs.

WYETH LLC, et al.
        Defendants

Case No.: 1:10-cv-02405-JRG-DLB

CAROL HILL and LEONARD HILL

        Plaintiffs,

vs.

Case No.: 1:10-cv-02394-JRG-DLB

| | | |
|---|---|---|
| WYETH LLC. et al | ) | |
|     Defendants. | ) | |
| | ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, | ) | Case No.: 1:10-cv-02395-JRG-DLB |
|     Plaintiffs, | ) | |
|   vs. | ) | |
| WYETH LLC, et al. | ) | |
|     Defendants. | ) | |
| GLORIETTE MCPHERSON, | ) | Case No.: 1:10-cv-02384-JRG-DLB |
|     Plaintiff, | ) | |
|   vs. | ) | |
| WYETH LLC, et al. | ) | |
|     Defendants. | ) | |
| BETTY CRAVEN and GEORGE CRAVEN, | ) | Case No.: 1:10-cv-02382-JRG-DLB |
|     Plaintiffs, | ) | |
|   vs. | ) | |
| WYETH LLC, et al. | ) | |
|     Defendants. | ) | |
| SHIRLEY BOWLES and GERALD BOWLES, | ) | Case No.: 1:04-cv-06346-JRG-DLB |
|     Plaintiffs, | ) | |
|   vs. | ) | |
| WYETH LLC, et al. | ) | |

2

| | |
|---|---|
| Defendants. | |
| DONNA HAMES and MICHAEL HAMES | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| VICTORIA POOLE and DELBERT POOLE | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| LOIS ZANYK | Case No.: 1:10-cv-00287-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |
| CARLEEN WEST | Case No.: 1:10-cv-00289-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |

|  |  |
|---|---|
| Defendants. ) | |
| ) | |
| PAMELA TURNER ) | Case No.: 1:10-cv-00288-JRG-DLB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| PFIZER INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LUCILLE MACIAS ) | Case No.: 1:10-cv-00282-JRG-DLB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| PFIZER INC., et al. ) | |
| ) | |
| Defendants. ) | |

O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge

5