Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
LKirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon  J. Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1000
FAX (310) 788-1200
pyates@kayescholer.com
wdowse@kayescholer.com
julie.belezzuoli@kayescholer.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | ) Case No.: 1:04-cv-06343-JRG-DLB |
| | ) |
| | ) ORDER GRANTING |
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE PURSUANT TO |
| vs. | ) RULE 41 |
| | ) |
| WYETH LLC, et al. | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| KAY UHALT and STEPHEN UHALT, | ) Case No.: 1:10-cv-02404-JRG-DLB |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| DOROTHY SETSER and HOWARD SETSER, | ) Case No.: 1:10-cv-02405-JRG-DLB |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

2

CAROL HILL and LEONARD HILL                  )   Case No.: 1:10-cv-02394-JRG-DLB
                                             )
            Plaintiffs,                       )
                                             )
       vs.                                    )
WYETH LLC. et al                              )
            Defendants.                       )
                                             )
                                             )
                                             )

_____      )
MARIANNE PHILLIPS and WILLIAM                )   Case No.: 1:10-cv-02395-JRG-DLB
PHILLIPS,                                    )
                                             )
            Plaintiffs,                       )
                                             )
       vs.                                    )
                                             )
WYETH LLC, et al.                             )
                                             )
                                             )
            Defendants.                       )

_____      )
GLORIETTE MCPHERSON,                         )   Case No.: 1:10-cv-02384-JRG-DLB
                                             )
                                             )
            Plaintiff,                        )
                                             )
       vs.                                    )
                                             )
WYETH LLC, et al.                             )
                                             )
                                             )
            Defendants.                       )

_____      )
BETTY CRAVEN and GEORGE CRAVEN,              )   Case No.: 1:10-cv-02382-JRG-DLB
                                             )
                                             )
                                             )
            Plaintiffs,                       )
                                             )
       vs.                                    )
                                             )
WYETH LLC, et al.                             )
                                             )
            Defendants.                       )

3

SHIRLEY BOWLES and GERALD BOWLES, )
)   Case No.: 1:04-cv-06346-JRG-DLB
)
      Plaintiffs, )
)
    vs. )
)
WYETH LLC, et al. )
)
)
     Defendants. )
)

DONNA HAMES and MICHAEL HAMES )   Case No.: 1:10-cv-02392-JRG-DLB
)
)
      Plaintiffs, )
)
    vs. )
)
WYETH LLC, et al. )
)
)
     Defendants. )
)

)
VICTORIA POOLE and DELBERT POOLE )   Case No.: 1:10-cv-02397-JRG-DLB
)
)
      Plaintiffs, )
)
    vs. )
)
WYETH LLC, et al. )
)
)
     Defendants. )

)
LOIS ZANYK )   Case No.: 1:10-cv-00287-JRG-DLB
)
)
      Plaintiff, )
)
    vs. )
)
PFIZER INC., et al. )
)
)
     Defendants. )

4

| | |
|---|---|
| CARLEEN WEST | ) Case No.: 1:10-cv-00289-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| PAMELA TURNER | ) Case No.: 1:10-cv-00288-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| LUCILLE MACIAS | ) Case No.: 1:10-cv-00282-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

The Court having considered the Parties' Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and the files and pleadings herein;

IT IS HEREBY ORDERED as follows:

1.     The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.   All other relief not expressly granted herein is denied.


IT IS SO ORDERED

Dated: November 13, 2012

Joseph R. Goodwin, Chief Judge